STATE OF NEW JERSEY v. SARAH JEAN LAMB.

· March 2, 1976. Cross-petition for certification granted. (See 134 *N. J. Super.* 575)

STATE OF NEW JERSEY v. DAVID BOWEN.

March 2, 1976. Petition for certification denied.

IDA B. NEALY v. FRED ROGERS.

March 2, 1976. Petition for certification denied.

ALBERT L. BORKOWSKI v. CITY OF PLAINFIELD.

March 2, 1976. Petition for certification denied.

HERTNA INVESTMENT, INC. v. NEW JERSEY STATE COMMISSIONER OF COMMUNITY AFFAIRS.

March 2, 1976. Petition for certification denied.

MAUREEN O'BRIEN, GEN. ADMX. OF THE ESTATE OF JOHN J. O'BRIEN v. ERIE LACKAWANNA RAILWAY CO.

March 2, 1976. Petition for certification denied.